EK

CJA_appointment_rev.07212015

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
Plaintiff,

**Case Number**

v.

89cr908-20

J L Houston

**Judge**

**Defendant.**

Hon. Rebecca R. Pallmeyer

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person Represented:** J L Houston          **Under Seal** ☐

**Defendant Number:** 20

**Payment Category:** Select One

**Type of Person Represented:** Select One    Criminal Defendant

**Representation Type:** Select One    MC - Motion to Correct/Reduce Sentence Fed. R. Crim. P. 35

**Attorney Name:** MiAngel Cody    (CJA Panel Member)

**Court Order:** Select One

**Prior attorney's name:** _____

**Signature of Presiding Judge or by Order of the Court** _Rebecca R. Pallmeyer_

**Date of Order:** 11/05/18    **Nunc Pro Tunc Date:** January 31, 2017    **or None** ☐

---

### ORDER APPOINTING INTERPRETER UNDER CJA

**Interpreter needed**    ☐ Yes                **Under Seal** ☐

Prior authorization shall be obtained for services in excess of $800.

**Expected to exceed**    ☐ Yes ☐ No

**Prior authorization approved**    ☐ Yes ☐ No

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:** ____    **Nunc Pro Tunc Date:** ____    **or None** ☐